```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

```
FEDERAL DEPOSIT INSURANCE    )
CORPORATION, as Receiver     )
for Frontier Bank,           )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         3:13cv340-MHT
                             )              (WO)
THE REAL ESTATE GROUP,       )
et al.,                      )
                             )
    Defendants.              )
```

## CONSENT JUDGMENT

There being no objection from the parties, it is the ORDER, JUDGMENT, and DECREE as follows:

(1) The motion to dismiss (doc. No. 12) is granted.

(2) Plaintiff Federal Deposit Insurance Corporation, as receiver for Frontier Bank, is dismissed and terminated as a party.

(3) The motion to remand (Doc. No. 15) is granted.

(4) All remaining claims are remanded to the Circuit Court of Tallapoosa County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 27th day of May, 2014.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**